# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and <br> MARY HUBBARD, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Civil No. 3:10-0485 <br> Judge Trauger |
| v. | ) <br> ) | |
| STATE FARM FIRE AND CASUALTY <br> COMPANY, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## O R D E R

The initial case management conference was held on August 2, 2010. The parties are in agreement that no trial date should be set at this time. It is hereby **ORDERED** that a joint status report shall be filed by October 1, 2010.

It is so **ORDERED**.

ENTER this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge