IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and <br> MARY HUBBARD, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY <br> COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 3:10-0485 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the parties shall file a further joint status report by November 1, 2010.

It is so **ORDERED**.

ENTER this 4th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge