IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and<br>MARY HUBBARD, | )<br>)<br>) | |
|     Plaintiffs, | )<br>) | Civil No. 3:10-0485<br>Judge Trauger |
| v. | )<br>) | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, | )<br>)<br>) | |
|     Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the parties shall file a Third Joint Status Report by December 1, 2010.

It is so **ORDERED**.

ENTER this 2nd day of November 2010.

                                                  ALETA A. TRAUGER
                                                U.S. District Judge