IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and<br>MARY HUBBARD, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil No. 3:10-0485<br>Judge Trauger |
| v. | )<br>) | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

### **O R D E R**

It is hereby **ORDERED** that the parties shall file a fifth joint status report by March 1, 2011.

It is so **ORDERED**.

ENTER this 2nd day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge