# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and<br>MARY HUBBARD, | )<br>)<br>) | |
| Plaintiffs, | ) | Civil No. 3:10-0485 |
| | ) | Judge Trauger |
| v. | )<br>) | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

## **O R D E R**

Pursuant to the Fifth Joint Status Report (Docket No. 17), this case shall remain held in abeyance until the next status report. It is hereby **ORDERED** that the parties shall file another joint status report by April 15, 2011.

It is so **ORDERED**.

ENTER this 3rd day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge