## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and <br> MARY HUBBARD, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Civil No. 3:10-0485 <br> Judge Trauger |
| v. | ) <br> ) | |
| STATE FARM FIRE AND CASUALTY <br> COMPANY, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the parties shall file a seventh joint status report by June 1, 2011.

It is so **ORDERED**.

ENTER this 29th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge