# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and <br> MARY HUBBARD, <br>     Plaintiffs, <br> v. <br> STATE FARM FIRE AND CASUALTY <br> COMPANY, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 3:10-0485 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the parties shall file another joint status report by July 15, 2011.

It is so **ORDERED**.

ENTER this 10th day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge