# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD and<br>MARY HUBBARD, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:10-0485<br>Judge Trauger |
| v. | ) ) | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## **O R D E R**

It is **ORDERED** that, by August 31, 2011, the parties shall report to the court as to whether or not this case has settled or whether the entry of a case management order is appropriate.

It is so **ORDERED**.

ENTER this 15th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge