IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HUBBARD, ET AL. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0485 |
| | ) | Judge Trauger |
| STATE FARM FIRE AND CASUALTY COMPANY | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for February 28, 2012 and the pretrial conference set for February 24, 2012 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 30th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge