IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

_____

| | |
|---|---|
| THOMAS HUBBARD and ) | |
| MARY HUBBARD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:10-cv-00485 |
| v. ) | Judge Aleta Trauger |
| ) | Magistrate Judge Griffin |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Thomas Hubbard and Mary Hubbard and Defendant State Farm Fire and Casualty Company ("State Farm") hereby stipulate that this action of Plaintiffs against State Farn shall be DISMISSED WITH PREJUDICE. No discretionary costs are to be assessed.

DATED this 2nd day of November, 2011.

Respectfully submitted,

By: s/*John H. Baker III*
John H. Baker, III
Post Office Box 398
302 North Spring Street
Murfreesboro, Tennessee 37133

*Attorney for Plaintiffs Thomas Hubbard and Mary Hubbard*

and

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


By: s/*Brigid M. Carpenter*
Brigid M. Carpenter
B.P.R. No. 18134
bcarpenter@bakerdonelson.com
211 Commerce Street
Baker Donelson Center, Suite 800
Nashville, Tennessee 37201
(615) 726-5600
(615) 744-7341 (facsimile)

*Attorneys for Defendant State Farm Fire and Casualty Company*